**BLANK ROME LLP**
Ana Tagvoryan (SBN 246536)
ATagvoryan@BlankRome.com
Justin M. Brandt (SBN 278368)
JBrandt@BlankRome.com
2029 Century Park East, 6th Floor
Los Angeles, CA 90067
Telephone: 424.239.3400
Facsimile: 424.239.3434

*Attorneys for Defendant*
MONETARY MANAGEMENT OF
CALIFORNIA, INC. dba MONEY MART

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| CONNIE BOTELHO,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>MONEY MART, AND DOES 1 THROUGH 100 INCLUSIVE,<br><br>　　　　　　　Defendants. | Case No. 2:18-CV-00838-MCE-KJN<br><br>**STIPULATION AND ORDER STAYING ACTION PENDING ARBITRATION**<br><br>*Assigned to:*<br>District Judge Morrison C. England, Jr.<br>*Referred to:*<br>Magistrate Judge Kendall J. Newman |

　　　　Plaintiff CONNIE BOTELHO ("Botelho") and Defendant MONETARY MANAGEMENT OF CALIFORNIA, INC. dba MONEY MART ("Defendant"), by and through their undersigned counsel, stipulate and agree as follows:

　　　　WHEREAS, on or about August 1, 2017, Botelho and Defendant entered into a Deferred Deposit Transaction Agreement (the "Agreement"), whereby the Parties agreed to arbitrate any covered disputes arising from the Agreement;

　　　　WHEREAS, on or around April 5, 2018, Botelho filed her Complaint in the above-entitled action, asserting claims against Defendant for violation of the federal Telephone Consumer Protection Act (Docket No. 1);

NOW, THEREFORE, the Parties stipulate as follows:

1. This above-entitled action shall be resolved in binding arbitration as set forth in the Agreement; and

2. This action shall be stayed pending the outcome of arbitration.

**IT IS SO STIPULATED.**

        **SAGARIA LAW, P.C.**

By: */s/ Elliot Gale*
    (as authorized on August 24, 2018)
    ELLIOT GALE
*Attorneys for Plaintiff*
CONNIE BOTELHO

DATED: August 24, 2018    **BLANK ROME LLP**

By: */s/ Justin M. Brandt*
    Ana Tagvoryan
    Justin M. Brandt
*Attorneys for Defendants*
MONETARY MANAGEMENT OF
CALIFORNIA, INC. dba MONEY MART

**IT IS SO ORDERED.**

Dated: September 1, 2018

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE