UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONNIE BOTELHO,<br><br>    Plaintiff,<br><br>    v.<br><br>MONETARY MANAGEMENT OF CALIFORNIA, INC.,<br><br>    Defendant. | No.  2:18–cv–838–MCE–KJN PS<br><br>ORDER TO SHOW CAUSE |

Plaintiff filed a complaint on April 5, 2018, asserting claims against a now-dismissed defendant, and amended in July to add defendant Money Management of California.  (ECF Nos. 1, 6.)  The case was stayed pending the outcome of arbitration.  (ECF No. 13.)  In April 2020, counsel for plaintiff moved to withdraw, and the court granted withdrawal in July 2020.  (ECF Nos. 18, 20.)  In March of 2022, the court ordered a joint status report from the parties.  (ECF No. 21.)  Counsel for defendant responded, noting arbitration had yet to be initiated, and stating defendants have not heard from plaintiff since her former counsel's withdrawal.  (ECF No. 23.)  Thus, it appears this action has stalled since at least 2019 without any action by plaintiff.  Given her current unrepresented status, the district judge referred this case to the undersigned for further proceedings.  (ECF No. 24.)

///

1

The court has considered whether this action should be dismissed at this juncture due to the apparent failure to prosecute. Nevertheless, in light of plaintiff's pro se status, and the court's desire to resolve the action on the merits, the court first attempts lesser sanctions by issuing this order to show cause.

Accordingly, IT IS ORDERED that within 14 days of the date of this order, plaintiff shall show cause in writing why this action should not be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(b) for her failure to prosecute this case. Failure to timely respond will result in a recommendation that this action be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(b).

Dated: July 5, 2022

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

bote.838